# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.                              Case No. 3:22cr78/MCR

DONALD MARK BELL,

    Defendant-Appellant,

_____/

## NOTICE OF APPEAL

Notice is hereby given that DONALD MARK BELL, above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment and Sentence entered in this cause on the 25th day of May 2023.

DATED this 26th day of June 2023.

                                                   */s/ Virginia M. Bare*
                                                   VIRGINIA M. BARE
                                                   Florida Bar No. 1030136
                                                   Attorney for Defendant
                                                   3 W. Garden Street, Ste. 200
                                                   Pensacola, FL 32502
                                                   (850) 432-1418
                                                   Virginia_Bare@fd.org